# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br> Plaintiff, <br> vs. <br> FRANCISCO PASTEN GARCIA, individually and dba Bar Las Violetas aka Bar Las Violetta's aka Parlor Mint Lounge, <br> Defendant. | CASE NO. CV 99-7043 RMT (Ex) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant FRANCISCO PASTEN GARCIA, individually and dba Bar Las Violetas aka Bar Las Violetta's aka Parlor Mint Lounge, the Default Judgment entered on 9/18/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment    $6,800.00
    b. Costs after judgment    $ -0-
    c. Attorneys fees:    $ -0-
    d. Subtotal (*add a and b*)    $6,800.00
    e. Credits after judgment    $ -0-

|   |   |
|---|---|
| f. Subtotal *(subtract d from c)* | $6,800.00 |
| g. Interest after judgment | $1,700.00 |
| h. Fee for filing renewal application | $   -0- |
| i. **Total renewed judgment** *(add e, 5, and g)* | $8,500.00 |

DATED: 03/31/11        CLERK, by Lori Muraoka
                       Deputy _____,